IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHEN C. ANONSEN, JR.,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and WALMART
ASSOCIATES, INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4856

Opinion filed June 13, 2016.

An appeal from the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Stephen C. Anonsen, pro se, Appellant.

Cristina A. Velez, Appellate Counsel, Reemployment Assistance Appeals
Commission, Tallahassee, for Appellees.


PER CURIAM.

      AFFIRMED.

WOLF, WINOKUR, and WINSOR, JJ., CONCUR.